## UNITED STATES DISTRICT COURT
PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**SUSAN M. SMALLEY**
CHIEF U.S. PROBATION OFFICER

**LUIS R. GONZALEZ**
SUPERVISING U.S. PROBATION OFFICER

**CAROLEE A. GRAZIOSO**
SUPERVISING U.S. PROBATION OFFICER

**DONALD L. MARTENZ, JR.**
SUPERVISING U.S. PROBATION OFFICER

December 4, 2018

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Eastern District of New York
Vita Quartara, Acting Chief U.S. Probation Officer
147 Pierrepont St.
Brooklyn, NY 11201

Attention:   Charnice D. Perez
             U.S. Probation Officer

Re: Matthew Sheldon

**TRANSFER OF JURISDICTION**

Dear Ms. Perez:

Your office has been supervising Matthew Sheldon for the District of New Jersey due to his residence in your district. Your inquiry regarding transfer of jurisdiction was posed to U. S. District Judge Susan D. Wigenton, and the Court agreed to the transfer.

As a result, the enclosed Probation Form 22 has been signed and now needs to be assigned to a Judge in your district. Please obtain the signature of the Judge assigned to this matter and return the form to this office. We will then forward the supervision file and send the Form 22 to the Court Clerk for processing.

Thank you again for your assistance with this case.

Very truly yours,

*Dana Hafner/jj*

Dana Hafner
U.S. Probation Officer

/dh

Enclosure

| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>12-00324-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>1:18-cr-00663 (PKC) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| **Matthew Sheldon** | New Jersey | |
| | NAME OF SENTENCING JUDGE | |
| Brooklyn, New York 11226 | Dennis M. Cavanaugh | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM | TO |

| OFFENSE |
|---|
| 18:1349.F, Attempt And Conspiracy To Commit Fraud. |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR **THE DISTRICT OF NEW JERSEY**

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Nov. 8, 2018
Date                                                                          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF NEW YORK**

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                                              United States District Judge

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 12-00324-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Matthew Sheldon<br>592 East 22nd Street<br>Apt 3F<br>Brooklyn, New York 11226 | New Jersey | |
| | NAME OF SENTENCING JUDGE | |
| | Dennis M. Cavanaugh | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM / TO |

**OFFENSE**

18:1349.F, Attempt And Conspiracy To Commit Fraud.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Nov. 8, 2018

Date / United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*           *United States District Judge*